**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NUROV JAMSHID** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1327** |
| **RIVER CORRECTIONAL FACILITY** | **SECTION "B" (3)** |

## ORDER AND REASONS

Plaintiff Nurov Jamshid filed a habeas corpus petition pursuant to 28 U.S.C. § 2241, challenging the validity of his detention in River Correctional Facility on immigration charges. Before considering the merits of plaintiff's petition, "the Court must determine as a threshold matter whether it has proper jurisdiction to entertain [p]laintiff's habeas petition pursuant to 28 U.S.C. § 2241(a)." *Dada v. Witte*, No. 20-1093, 2020 WL 1674129, at *2 (E.D. La. Apr. 6, 2020). "[T]he only district that may consider a habeas corpus challenge to present physical confinement pursuant to § 2241 is the district court in which the prisoner is confined." *Id.* (quoting *United States v. McPhearson*, 451 F.App'x 384, 387 (5th Cir. 2011)); 28 U.S.C. § 2241(d) (…the application may be filed in the district court for the district wherein such person is in custody…").

River Correctional Facility is located in Ferriday, Louisiana.[1] Ferriday is located in the Corcordia Parish.[2] Concordia Parish is located in the Western District of Louisiana.[3] Plaintiff is confined in the Western District of Louisiana, and this Court does not have jurisdiction to consider plaintiff's petition. This Court, if it be in the interest of justice, may instead transfer plaintiff's petition to the Western District of Louisiana. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it

---

[1] *River Correctional Facility*, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (last updated Jan. 7, 2026), https://www.ice.gov/detain/detention-facilities/river-correctional-center

[2] *Concordia Parish Profile*, LOCAL LOUISIANA, https://www.louisiana.gov/local-louisiana/concordia-parish (last visited Jan. 9, 2026).

[3] Clerk's Office, WESTERN DISTRICT OF LOUISIANA, https://www.lawd.uscourts.gov/clerks-office (last visited Jan. 9, 2026).

be in the interest of justice, transfer such case to any district or division in which it could have been brought."). Accordingly,

      **IT IS HEREBY ORDERED** that in the interest of justice the above-captioned matter is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

      New Orleans, Louisiana, this 23rd day of June 2026

                                     _____

                                  SENIOR UNITED STATES DISTRICT JUDGE

2